IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ALAN ANDREWS** <br> **ADC # 123511,** <br> <br> **Plaintiff** <br> <br> v. <br> <br> **ARKANSAS DEPARTMENT OF** <br> **CORRECTION,** *et al.*, <br> <br> **Defendants** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Case No. 2:06CV00215 JMM/JFF |

## ORDER

Plaintiff Andrews, an inmate proceeding *pro se*, filed a Complaint seeking relief pursuant to 42 U.S.C. Section 1983 (docket entry #1). On November 20, 2006, the plaintiff filed a motion seeking to voluntarily dismiss his Complaint (docket entry #5). According to Federal Rule of Civil Procedure 41(a)(1), Plaintiff is entitled to a voluntary dismissal.

IT IS, THEREFORE, ORDERED that plaintiff Andrews' Motion to Dismiss the Complaint (docket entry #5) is GRANTED. The Complaint (docket entry #1) is hereby DISMISSED WITHOUT PREJUDICE.

DATED this   18   day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE